**STEPHEN QUADE**, #156961
Attorney at Law
The Rowell Building
2100 Tulare Street, Suite 512
Fresno, California 93721
Telephone: (559) 237-2042
Facsimile: (559) 237-3966

Attorney for Defendant
**LAWRENCE STEVEN CORTEZ**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,            )<br>                                          )<br>            Plaintiff,                   )<br>                                          )<br>vs.                                       )<br>                                          )<br>                                          )<br>LAWRENCE STEVEN CORTEZ,                   )<br>                                          )<br>            Defendant(s)                  ) | Case No. 1:06-CR-00234 LJO<br><br>STIPULATION TO<br>CONTINUE HEARING<br>ORDER of **DENIAL**<br><br>DATE:     May 25, 2007<br>TIME:     9:00 a.m.<br>PLACE:    Courtroom 4<br>Honorable Lawrence J. O'Neill |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Assistant United States Attorney Kimberly A. Sanchez, counsel for the plaintiff, and Stephen Quade, counsel for the defendant, Lawrence Steven Cortez, that the hearing in the above-captioned matter currently set for May 25, 2007, may be continued to June 8, 2007, at the hour of 9:00 a.m., in courtroom four before the Honorable Lawrence J. O'Neill, United States District Court Judge for the Eastern District of California.

   The parties further stipulate that the resulting period of delay occurring between May 25, 2007, and June 8, 2007, shall be excluded in the interest of justice, pursuant to 18U.S.C. § 3161(h)(8)(A), since the ends of justice served by taking such action including allowing counsel

for the defendant and the attorney for the Government the reasonable time necessary to attempt to resolve the case outweighs the best interests of the public and the defendant in a speedy trial.

DATED: _____                              Respectfully submitted,

                                                             /s/ Stephen Quade
                                                           STEPHEN QUADE,
                                                           Attorney for Defendant

DATED: _____

                                                             /s/ Kimberly A. Sanchez
                                                           KIMBERLY A. SANCHEZ,
                                                           Assistant United States Attorney

## **ORDER**

THE COURT HAS RECEIVED THE STIPULATION AND THE REQUEST FOR A CONTINUANCE.  IT IS DENIED.  THE INDICTMENT WAS FILED ON JUNE 29, 2006, ALMOST ONE YEAR AGO.   THERE HAVE BEEN COUNTLESS CONTINUANCES.  THE LAST HEARING OCCURRED ON APRIL 20, 2007, AT WHICH TIME COUNSEL REPRESENTED THAT HE WISHED TO REVIEW DISCOVERY AND TO DISCUSS RESOLUTION WITH THE GOVERNMENT COUNSEL.  FRANKLY, ENOUGH IS ENOUGH.  THE HEARING WILL GO FORWARD ON MAY 25TH AS SCHEDULED.  IT IS SO ORDERED.

**Dated:   May 21, 2007**                              /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE