1  **STEPHEN QUADE**, #156961
   Attorney at Law
2  The Rowell Building
   2100 Tulare Street, Suite 512
3  Fresno, California 93721
   Telephone: (559) 237-2042
4  Facsimile: (559) 237-3966

5  Attorney for Defendant
   **LAWRENCE STEVEN CORTEZ**

6

7

8

9           IN THE UNITED STATES DISTRICT COURT FOR THE

10                 EASTERN DISTRICT OF CALIFORNIA

11

12

13 | THE UNITED STATES OF AMERICA,      ) Case No. 1:06-CR-00234 LJO
                                        )
14 |            Plaintiff,               ) PROPOSED STIPULATION TO
                                        ) CONTINUE HEARING AND
15 | vs.                                 ) ORDER THEREON: **DENIAL**
                                        )
16 |                                     ) DATE:    January 11, 2008
                                        ) TIME:    9:00 a.m.
17 | LAWRENCE STEVEN CORTEZ,            ) PLACE:   Courtroom 4
                                        ) Honorable Lawrence J. O'Neill
18 |            Defendant(s)             )

19

20     IT IS HEREBY STIPULATED by and between the parties hereto through their respective

21 counsel, Assistant United States Attorney Kimberly A. Sanchez, counsel for the plaintiff, and

22 Stephen Quade, counsel for the defendant, Lawrence Steven Cortez, that the hearing in the

23 above-captioned matter currently set for January 11, 2008, may be continued to February 22,

24 2008, at the hour of 9:00 a.m., in courtroom four before the Honorable Lawrence J. O'Neill,

25 United States District Court Judge for the Eastern District of California.

26     The parties further stipulate that the resulting period of delay occurring between January

27 11, 2008, and February 22, 2008, shall be excluded in the interest of justice, pursuant to 18U.S.C.

28 § 3161(h)(8)(A), since the ends of justice served by taking such action including allowing

1  counsel for the defendant and the attorney for the Government the reasonable time necessary to
2  attempt to resolve the case outweighs the best interests of the public and the defendant in a
3  speedy trial.

5  DATED:   1/07/08                              Respectfully submitted,

7                                                 /s/ Stephen Quade
                                                 STEPHEN QUADE,
8                                                Attorney for Defendant

10 DATED:   1/07/08

11                                                /s/ Kimberly A. Sanchez
                                                 KIMBERLY A. SANCHEZ,
12                                               Assistant United States Attorney

15                                **ORDER**

16    **IT IS SO ORDERED** that the request that the hearing in the above-entitled matter
17 currently set for January 11, 2008, be continued to February 22, 2008 is **DENIED.   The sole**
18 **reason given in the stipulation for the continuance is to allow enough time so that counsel**
19 **can resolve the case.   This matter has ALREADY BEEN RESOLVED. It is on for**
20 **sentencing.**
21    **The stipulation gives the Court concern that such form stipulations are being used**
22 **and facts misrepresented to gain continuances that are not justified.  Counsel are**
23 **CAUTIONED that their signatures as Officers of the Court** have tremendous meaning, but
24 also tremendous responsibility attached to them.

26 IT IS SO ORDERED.
27 **Dated:    January 7, 2008**                  /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE
28