HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
LAWRENCE STEVEN CORTEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>LAWRENCE STEVEN CORTEZ,<br><br>         Defendant. | No.  Cr. F 06-234 LJO<br><br>**CORRECTED STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable LAWRENCE J. O'NEILL |

Defendant, LAWRENCE STEVEN CORTEZ, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1.  Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.  On February 22, 2008, this Court sentenced Mr. Cortez to a term of 60 months on Count One, and 110 months on Count Two, to be served consecutively for a total term of 170 months imprisonment;

3. His total offense level was 25, his criminal history category was VI, and the resulting guideline range was 110 to 137 months on Count Two, with a mandatory minimum consecutive term of 60 months on Count One;

4. The sentencing range applicable to Mr. Cortez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973 with an effective date of any such reduction as of November 1, 2015;

5. Mr. Cortez's total offense level has been reduced from 25 to 23, and his amended guideline range is 92 to 115 months on Count Two, with a mandatory minimum consecutive term of 60 months on Count One; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Cortez's term of imprisonment to a term of 92 months on Count Two, to be served consecutively to the 60 months on Count One, for a total term of 152 months.

Respectfully submitted,

| | |
|---|---|
| Dated:  December 19, 2014 | Dated:   December 19, 2014 |
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Kathleen A. Servatius*<br>KATHLEEN A. SERVATIUS<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>LAWRENCE STEVEN CORTEZ |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Cortez is entitled to the benefit Amendment 782, which reduces the total offense level from 25 to 23, resulting in an amended guideline range of 92 to 115 months on Count Two, with a mandatory minimum consecutive term of 60 months on Count One.

1    IT IS HEREBY ORDERED that the term of imprisonment imposed in February 2008 is reduced to a term of to a term of 60 months on Count One and 92 months on Count Two to be served consecutively for a term of 152 months, effective as of November 1, 2015.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, an effective date of November 1, 2015, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Cortez shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

   Dated:   **December 19, 2014**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE