AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:06-cr-00234-LJO   Document 38   Filed 01/08/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:06-CR-234 LJO |
| LAWRENCE CORTEZ ) | USM No: 62977-097 |
| ) | |
| Date of Original Judgment: 03/04/2008 ) | |
| Date of Previous Amended Judgment: ) | David Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 170 months **is reduced to** 152 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 03/04/2008 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 01/08/2015                                    /s/ Lawrence J. O'Neill
                                                          *Judge's signature*

Effective Date: 11/01/2015                                Hon. Lawrence J. O'Neill
*(if different from order date)*                          *Printed name and title*